01

02

03

04

05

06          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )   CASE NO. CR05-217-RSM
09          Plaintiff,                     )
                                           )
10      v.                                 )
                                           )   DETENTION ORDER
11  MARC EMERY,                            )
                                           )
12          Defendant.                     )
    _____ )
13

14  <u>Offense charged</u>:        Conspiracy to Manufacture Marijuana; Conspiracy to Distribute Marijuana

15  Seeds; Conspiracy to Engage in Money Laundering; Criminal Forfeiture

16  <u>Date of Detention Hearing</u>:   May 20, 2010

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21              <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          (1)      Defendant is a Canadian citizen.  He was not interviewed by Pretrial Services.

DETENTION ORDER
PAGE 1

01  Some of his background information is unknown or unverified.  He does not contest detention.

02       (2)      Defendant poses a risk of nonappearance based on lack of verified background

03  information and status as a Canadian citizen. He poses a risk of danger based on the nature of the

04  instant offense.

05       (3)      There does not appear to be any condition or combination of conditions that will

06  reasonably assure the defendant's appearance at future Court hearings while addressing the

07  danger to other persons or the community.

08  It is therefore ORDERED:

09       (1)      Defendant shall be detained pending trial and committed to the custody of the

10              Attorney General for confinement in a correction facility separate, to the extent

11              practicable, from persons awaiting or serving sentences or being held in custody

12              pending appeal;

13       (2)      Defendant shall be afforded reasonable opportunity for private consultation with

14              counsel;

15       (3)      On order of a court of the United States or on request of an attorney for the

16              Government, the person in charge of the corrections facility in which defendant

17              is confined shall deliver the defendant to a United States Marshal for the purpose

18              of an appearance in connection with a court proceeding; and

19       (4)      The clerk shall direct copies of this Order to counsel for the United States, to

20              counsel for the defendant, to the United States Marshal, and to the United States

21              Pretrial Services Officer.

22  ///

DETENTION ORDER
PAGE 2

01          DATED this 20th day of May, 2010.

02

03                                              Mary Alice Theiler
                                                United States Magistrate Judge
04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE 3